LAW OFFICES
OF
# *ROCCO C. CIPPARONE, JR.*

| **ROCCO C. CIPPARONE, JR.**□◊† | □CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY |
| --- | --- |
| | ◊ ADMITTED TO PRACTICE IN NJ, PA & FEDERAL COURTS IN NJ, PA, DIST. OF COLUMBIA, & MICH. |
| | † FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS |

April 11, 2024

Honorable Jeffrey L. Schmehl
Judge, United States District Court
*Via Email*
              RE:    USA v. Fiocca, Cr. No. 21-65

Dear Judge Schmehl:

      At the request of my client, Mr. Fiocca, I am writing to the Court to advise that Mr. Fiocca does not believe he or I am prepared to proceed to trial as currently scheduled, and that he requests either a continuance of the trial or new counsel. Mr. Fiocca advised me of such a few hours ago. I of course will not get into the details of what his concerns are in this letter as it is being copied to the government and co-counsel as appropriate to keep them in the loop, and I understand generally that the Court may engage in a colloquy with the client at some point regarding such if it sees fit.

      Tomorrow morning I will be traveling to Maryland for a federal court appearance which begins at 11am (I anticipate leaving by 8:30am for the drive), which hopefully will be concluded by 1pm, after which I of course need to drive back. I mention this for scheduling purposes or if the Court wanted a telephone conference, so the Court would be aware.

                                    Very Truly Yours,
                                    *LAW OFFICES OF ROCCO C. CIPPARONE, JR.*

                                    */S/ ROCCO C. CIPPARONE, JR.*
                BY:   _____
                            ROCCO C. CIPPARONE, JR., ESQUIRE

C:    AUSA Frank Costello (by email)
       Gregory Pagano Esq. (by email)
       Gregory Fiocca (by email)