IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 21-65-2 |
| GREGORY FIOCCA | : | |

### NOTICE OF HEARING

Take notice that Defendant is scheduled for a SENTENCING HEARING on **TUESDAY, FEBRUARY 4, 2025, at 2:00 P.M.** before the Honorable Jeffrey L. Schmehl in the Fifth Floor Courtroom of the United States District Court, The Gateway Building, 201 Penn Street, Reading, Pennsylvania.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The Defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☒ **Hearing rescheduled from:** 1/7/25

For additional information, please contact the undersigned.

By:         Tanya L. Allender, Courtroom Deputy to J. Schmehl
            Phone: 610.320.5030

Date:       12/18/24

cc via email:   Defendant (through counsel)
                Rocco Cipparone, Esq.
                AUSA Jason Grenell
                U.S. Marshal
                Court Security
                Probation Officer Megan Maier
                Pretrial Services
                Interpreter Coordinator