IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION NO. 21-0065-02 |
| GREGORY FIOCCA | |

# **O R D E R**

**AND NOW**, this 6th day of February, 2025, upon consideration of Defendant Gregory Fiocca's motion for relief from the disability imposed by 29 U.S.C. § 1111, ECF No. 209, and the response thereto, ECF No. 212, it is hereby **ORDERED** as follows:

(1) a hearing on the motion to reduce the § 1111 period of disability is **SCHEDULED** for April 2, 2025, at 10:00 a.m., in Reading Courtroom of the United States District Court for the Eastern District of Pennsylvania, which is located at The Gateway Building, 201 Penn Street, Fifth Floor, Reading, PA 19601; and

(2) the Clerk of Court is **DIRECTED** to send a copy of this notice via certified mail to the following:

> Vince Micone
> Acting Secretary of Labor
> U.S. Department of Labor
> 200 Constitution Ave., N.W.
> Washington D.C. 20210
>
> Bindu George
> U.S. Department of Labor
> 1835 Market Street
> 21st Floor, Mailstop EBSA/21
> Philadelphia, PA 19103

Jason Grenell
Assistant United States Attorney
United States Attorney's Office for Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

David Sunday
Attorney General
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120

Larry Krasner
District Attorney of the City of Philadelphia
Office of the District Attorney, City of Philadelphia
Three South Penn Square
Philadelphia, PA 19107

                                    **BY THE COURT:**

                                    */s/ Jeffrey L. Schmehl*
                                    **JEFFREY L. SCHMEHL, J.**