IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

          v.

GREGORY FIOCCA

:        CRIMINAL ACTION
:
:        No. 21CR65

**AMENDED NOTICE OF HEARING**

       Take notice that the defendant is scheduled for a **EVIDENTARY HEARING on WEDNESDAY APRIL 2ND 2025, AT 11:00 AM, before the Honorable Jeffrey L. Schmehl,** in 201 Penn Street, Gateway Bldg. 5th floor Courtroom, Reading P.A.


☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons: This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.**

☐ **Interpreter:** A   interpreter will be required for the defendant.

☒ **Hearing rescheduled from: 10:00AM, 4/2/2025**

For additional information, please contact the undersigned.

By:        Kenneth Edward Duvak
            Courtroom Deputy to Judge Jeffrey L. Schmehl
            Phone: 610. 320.5030

Date: 3/28/2025

cc via U.S. Mail:      Defendant
cc via email:         Defense Counsel: ROCCO C. CIPPARONE, JR.
                        Assistant U.S. Attorney: JASON GRENELL
                        U.S. Marshal
                        Court Security
                        Probation Officer:
                        Pretrial Services
                        Interpreter Coordinator