# United States District Court

for the

## Eastern District of Pennsylvania

June 23, 2026

U.S.A. vs. Gregory Fiocca                          Case No.: 2:21CR000065-002

### Petition on Probation

COMES NOW Tyler Grau U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Gregory Fiocca who was placed on Probation by the Honorable Jeffery L. Schmehl sitting in the Court at Philadelphia, PA on the 4th day of February, 2025 who fixed the period of supervision at two years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

ORIGINAL OFFENSE:      Unlawfully demanding money from union employer (Count One)

ORIGINAL SENTENCE:     The defendant was sentenced to two years' probation. A $25 special assessment was ordered and due immediately.

SPECIAL CONDITIONS:    1) The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant shall participate in alcohol treatment and abide by the rules of any such program until satisfactorily discharged; 2) The defendant shall contribute 100 hours of community service work as directed by the probation officer; 3) The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income; 4) The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer unless the defendant is in compliance with a payment schedule for any fine or restitution obligation. The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of the fine or restitution obligation or otherwise has the express approval of the Court; and 5) It is further ordered that the defendant shall pay to the United States a fine of $5,000.00. The fine is due immediately and shall be paid in monthly installments of not less than $500.00 beginning 30 days after the date of this judgement.

2

RE: Fiocca, Gregory
Case No.: 2:21CR000065-002

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE
AS FOLLOWS:

**Standard Condition #3:** You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

On May 28, 2026, Mr. Fiocca called this officer and reported that he was currently in Disney World in Florida. He sated that his girlfriend's mother surprised him the day before the trip with tickets to Disney World, including flights to Florida, and they left the same day.

On June 22, 2026, Mr. Fiocca reported to the U.S. Probation Office and was informed of this officer's plan to place him on Home Detention for 30 days due to the unapproved travel. Mr. Fiocca was presented with a Waiver of Hearing form detailing the same. He signed the waiver acknowledging receipt of the modification and requested a hearing be scheduled.

**PRAYING THAT THE COURT WILL ORDER...**     **THE ISSUANCE OF A SUMMONS DIRECTING THE NAMED PROBATIONEER TO APPEAR AT A MODIFICATION HEARING.**

I declare under penalty of perjury that the foregoing is true and correct.

**Karen Myslinski** Digitally signed by Karen Myslinski
Date: 2026.06.23 13:27:10 -04'00'

Karen Myslinski
Supervising U.S. Probation

Place: Philadelphia, PA
Date: June 23, 2026

TZG

ORDER OF THE COURT
Considered and ordered this _25th_ day
of _JUNE 2026_ and ordered filed and
made part of the records in the above case,

The Honorable Jeffrey L. Schmehl
U.S. District Court Judge

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PROBATION OFFICE

**MANUEL A. JIMENEZ**
Chief U.S. Probation Officer

**JONATHAN J. HENSHAW**
Deputy Chief U.S. Probation Officer

**JACQUELINE S. WIDMEIER**
Asst. Deputy Chief U.S. Probation Officer

**MAIN OFFICE**
WILLIAM J. GREEN FEDERAL BUILDING
600 ARCH STREET, SUITE 2400
PHILADELPHIA, PA   19106-1679
215-597-7950



**SATELLITE OFFICES**

**EDWARD N. CAHN FEDERAL BUILDING**
504 W. HAMILTON STREET, 1st FL
ALLENTOWN, PA 18101
610-434-4062

**THE GATEWAY BUILDING**
201 PENN STREET, 1ST FL
READING, PA 19601
610-320-5253

June 23, 2026

## MEMORANDUM

**TO:**    The Honorable Jeffery L. Schmehl

**RE:**    Fiocca, Gregory
          Case No.: 2:21CR000065-002

Attached for Your Honor's consideration is a Petition requesting that the Court issue a summons directing Gregory Fiocca to appear at a Modification Hearing. Should the Court approve the Petition and issue a summons, Mr. Fiocca's address is as follows:

314 Daly St.
Philadelphia, PA 19148

If there are any questions, please contact the undersigned officer at 267-299-4614.

Respectfully submitted,

Manuel A. Jimenez
Chief U.S. Probation Officer

Karen Myslinski   Digitally signed by Karen
                  Myslinski
                  Date: 2026.06.23 13:25:55 -04'00'

For:    _____
        Tyler Z. Grau
        U.S. Probation Officer

TZG
Attachment
Approved By:

Karen Myslinski   Digitally signed by Karen
                  Myslinski
                  Date: 2026.06.23 13:26:11 -04'00'

_____
Karen Myslinski
Supervising U.S. Probation Officer